IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| REGINALD I. PARKER, | § | |
| *a.k.a.* RAY HILL, | § | |
| *a.k.a.* REGINALD I. BAILEY, #582603 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv427 |
| | § | |
| GEO GROUP, INC., ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Reginald I. Parker, an inmate at the GEO Transitional Center, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report and recommendation was mailed to plaintiff at the address provided to the court. Additionally, another copy of the report and recommendation was mailed to plaintiff at a new address plaintiff provided in a notice of change of address which was received after the initial mailing. Both copies of the report were returned to the court as undeliverable. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation of the magistrate judge is **ADOPTED**. A separate final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 23rd day of December, 2020.**

Michael J. Truncale
United States District Judge